800 F.2d 1132
 Camarota (Nicholas), Main Answer, Inc.
v.
Berger (Daniel E.), Heiring (William T., Jr.), Hoffman
(Ronald E.), Lakechef Inc., Berger (Edward D.), Cherkos
(Russell P.), Gilmore & Monahan, P.A., Quesne (Richard),
Patria (Daniel, Sr.), Burrell (Dalene), Hellyer
Communications, Inc., Arena (Dolores), Doe (John), Doe
(Jim), Tishman (Steven)
 NO. 85-5803
 United States Court of Appeals,
Third Circuit.
 JUL 11, 1986
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.